# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE MADRID,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>STERLING JEWELERS, INC.,<br><br>　　　　　　　　　　Defendant. | Case No.: 17cv1711-CAB-BGS<br><br>**ORDER DISMISSING ACTION [Doc. No. 6]** |

Based upon the Notice of Voluntary Dismissal [Doc. No. 6], this Court **HEREBY ORDERS** the action to be, and is, **DISMISSED** with prejudice as to the named Plaintiff, and without prejudice as to the putative class. The Court **DECLINES** to retain jurisdiction for purposes of settlement.

**IT IS SO ORDERED**.

Dated: December 22, 2017

_____
Hon. Cathy Ann Bencivengo
United States District Judge